**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kim Frederick TAYLOR, Defendant–**
**Appellant.**

No. 00–7373.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Kim Frederick Taylor, pro se.

Robert Albert Jamison Lang, Office of the United States Attorney, Greensboro, NC, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kim Frederick Taylor seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). On appeal, Taylor alleges that the Supreme Court's decision in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), renders his guilty plea invalid because he was not informed during the guilty plea inquiry that the prosecution would be required to prove drug quantity beyond a reasonable doubt. We need not address whether *Apprendi* applies retroactively on collateral review because Taylor's sentence did not exceed the statutory maximum under 21 U.S.C.A. § 841(b)(1)(C) (West 1999), which sets the statutory maximum at twenty years for the smallest amounts of cocaine.

We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Taylor*, Nos. CR–98–208; CA–00–209–1 (M.D.N.C. Aug. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*